**LAW OFFICE OF FRED GAGLIARDINI**
**Fred Gagliardini, SBN 202781**
1227 California Avenue
Bakersfield, California 93304
(661) 755-5757


Attorneys for Defendant
Diego Alonzo Lozano Perez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff<br><br>    v.<br><br>Diego Alonzo Lozano Perez,<br><br>                      Defendant | Case No.: 1:17-CR-00007-001-LJO-SKO<br><br>JOINT STIPULATION AND ORDER TO CONTINUE PRETRIAL STATUS CONFERENCE<br><br>COURT: Hon. Sheila K. Oberto<br><br>November 6, 2017<br>1:00 p.m. |

      Defendant Diego Alonzo Lozano Perez, through undersigned counsel of record hereby stipulate to continue the **pretrial status conference** from **November 6, 2017** to **February 5, 2018**, or a convenient date for the court **some 90-days hence**.

      <u>Reasons for continuance</u>: Counsel was only recently appointed and has yet to receive and review any discovery. In addition, counsel has yet to confer with his client.

      Now, therefore, it is stipulated by and between the parties to this action as follows:

1. The date currently set for November 6, 2017, be continued to February 5, 2018, or a date

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE DATE - 1

convenient to the court 90-days hence.

2. Defendant by and through his counsel agrees to exclude time pursuant to the Speedy Trial Act.

So stipulated:

Dated: September 26, 2017         Law Office of Fred Gagliardini

                                  By: _____Fred Gagliardini /S/_____

                                  Fred Gagliardini, Attorney for Perez


Dated: September 26, 2017         United States of America


                                  By:_____Brian Delaney /S/_____

                                  Brian Delaney, Asst. United States Attorney

## **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the pretrial conference currently set for November 6, 2017, be and hereby is continued to February 5, 2018, at 1:00 pm.

IT IS SO ORDERED.

Dated: **September 28, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE