**LAW OFFICE OF FRED GAGLIARDINI**
**Fred Gagliardini, SBN 202781**
**WSBA 50897, USSC 293303**
1227 California Avenue
Bakersfield, California 93304
(661) 755-5757

Attorneys for Defendant
Diego Alonzo Lozano Perez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>v.<br><br>Diego Alonzo Lozano Perez,<br><br>                    Defendant | Case No.: 1:17-CR-00007-001-LJO-SKO<br><br>JOINT STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>COURT: Hon. Lawrence J. O'Neill<br><br>Presently Set: June 4, 2018<br>Time: 10:00 a.m.<br><br>New Date: September 24, 2018<br>Time: 10:00 a.m. |

    Defendant Diego Alonzo Lozano Perez, through undersigned counsel of record hereby stipulate to continue the **sentencing** from **June 4, 2018** to **September 24, 2018 at 10:00 a.m.**, or a convenient date for the court **some 90-days**.

    <u>Reasons for continuance</u>: Counsel has been engaged in two jury trials in Kern County, BF164712A (Arthur Swope) and MF010120B (Haliki Green), and will be start a 6-8 week jury trial in USDC Eastern District 1:16CR-00069-LJO in July. Accordingly, counsel has not had

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE - 1

sufficient time to review the presentence investigation report for any meaningful objections.

Now, therefore, it is stipulated by and between the parties to this action as follows:

1. The date currently set for June 4, 2018, be continued to September 24, 2018 at 10:00 a.m., or a date convenient to the court 90-days hence.
2. Defendant by and through his counsel agrees to exclude time pursuant to the Speedy Trial Act.

So stipulated:

Dated: May 3, 2018                                  Law Office of Fred Gagliardini

                                                    By: _____Fred Gagliardini /S/_____

                                                    Fred Gagliardini, Attorney for Perez

Dated: May 3, 2018                                  United States of America

                                                    By:_____Brian Delaney /S/_____

                                                    Brian Delaney, Asst. United States Attorney

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that the pretrial conference currently set for June 4, 2018, be and hereby is continued to September 24, 2018, at 10:00 am.  It will not be continued again.

IT IS SO ORDERED.

Dated:  **May 3, 2018**         /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE