**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**2014 Tulare Street, Suite 600**
**Fresno, California 93721**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant DIEGO ALONSO LOZANO PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 1:17-CR-00007-NONE |
| | ) |
| Plaintiff, | ) ORDER SEALING EXHIBIT "A" OF DIEGO |
| vs. | ) ALONSO LOZANO PEREZ'S MOTION FOR |
| | ) REDUCED SENTENCE (COMPASSIONATE |
| DIEGO ALONSO LOZANO PEREZ, | ) RELEASE) |
| | ) |
| Defendant. | ) |
| | ) |

_____

Pursuant to Local Rule 141(b), and the Request to Seal filed on behalf of defendant, DIEGO ALONSO LOZANO PEREZ:

IT IS HEREBY ORDERED that Exhibit A of Mr. Perez's Motion for Reduced Sentence (Compassionate Release) be SEALED until further order of the Court.

IT IS SO ORDERED.

Dated:   __**December 29, 2020**__          _____

UNITED STATES DISTRICT JUDGE

**ORDER SEALING EXHIBIT A**