MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00007-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| DIEGO ALONSO LOZANO PEREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  The defendant filed a motion for compassionate release on December 23, 2020. Docket No. 40. Pursuant to Local Rule, the government's response is due on December 30, 2020, with any reply from the defendant due on January 2, 2021.

2.  Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3.  Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

    a)  The government's response to the defendant's motion to be filed on or before January 14, 2021;

    b)  The defendant's reply to the government's response to be filed on or before January 21, 2021.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 30, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ LAURA D. WITHERS<br>LAURA D. WITHERS<br>Assistant United States Attorney |
| Dated: December 30, 2020 | /s/ SERITA RIOS<br>SERITA RIOS<br>Counsel for Defendant<br>DIEGO ALONSO LOZANO PEREZ |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)  The government's response to the defendant's motion, Docket No. 40, is due on or before January 14, 2021;

  b)  The defendant's reply to the government's response, if any, is due on January 21, 2021.

IT IS SO ORDERED.

 Dated: **January 4, 2021**        _Dale A. Drozd_
                  UNITED STATES DISTRICT JUDGE