McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:17-CR-00007-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| DIEGO ALONSO LOZANO PEREZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on December 23, 2020. Docket No. 40. Pursuant to a stipulation the government's response was due on January 14, 2021, with any reply from the defendant due on January 21, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before January 19, 2021;

b) The defendant's reply to the government's response to be filed on or before January 26, 2021.

IT IS SO STIPULATED.

Dated: January 15, 2021                     McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ LAURA D. WITHERS
                                            LAURA D. WITHERS
                                            Assistant United States Attorney

Dated: January 15, 2021                     /s/ SERITA RIOS
                                            SERITA RIOS
                                            Counsel for Defendant
                                            DIEGO ALONSO LOZANO
                                            PEREZ

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 40, is due on or before January 19, 2021;

b) The defendant's reply to the government's response, if any, is due on January 26, 2021.

IT IS SO ORDERED.

Dated:  **January 19, 2021**

_____
UNITED STATES DISTRICT JUDGE