Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DIEGO ALONSO LOZANO PEREZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DIEGO ALONSO LOZANO PEREZ,<br><br>　　　　　　　Defendant. | Case No.  1:17-CR-00007-NONE<br><br>**STIPULATION REGARDING SCHEDULING FOR REPLY BRIEF TO MOTION FOR REDUCED SENTENCE PURSUANT TO 18 U.S.C. §3582 (c)(1)(A)(i) (COMPASSIONATE RELEASE)** |

　　　IT IS HEREBY STIPULATED by the defendant, DIEGO ALONSO LOZANO PEREZ, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney, Laura Withers, that Mr. Perez's Reply to the Government's Opposition to the Motion for Reduced Sentence be filed on or before February 1, 2021.

　　　Mr. Perez's Reply brief is currently due to be filed on or before January 26, 2021. Counsel for Mr. Perez is requesting additional time to obtain documents and information from Mr. Perez and/or the Bureau of Prisons that are necessary for the defense's Reply brief. The government does not oppose this request.

Accordingly, the parties jointly request that the Court amend the briefing schedule to allow the defense to file their Reply brief on or before February 1, 2021.

IT IS SO STIPULATED.

Dated: January 25, 2021

/s/ *Serita Rios*
―――――――――――――――――――
**Serita Rios**
Attorney for Defendant

Dated: January 25, 2021

/s/ *Laura Withers*
―――――――――――――――――――
**Laura Withers**
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: __**January 28, 2021**__         ―――――――――――――――――――
UNITED STATES DISTRICT JUDGE