Serita Rios, SBN# 246568
Law Office of Serita Rios
2014 Tulare Street, Suite 600
Fresno, California 93721
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant DIEGO ALONSO LOZANO PEREZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>           vs.<br><br>DIEGO ALONSO LOZANO PEREZ,<br><br>                              Defendant. | Case No. 1:17-CR-00007-NONE<br><br>**STIPULATION REGARDING SCHEDULING FOR REPLY BRIEF TO MOTION FOR REDUCED SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(1)(A)(i)**<br>**(COMPASSIONATE RELEASE)** |

   IT IS HEREBY STIPULATED by the defendant, DIEGO ALONSO LOZANO PEREZ, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney, Laura Withers, that Mr. Perez's Reply to the Government's Opposition to the Motion for Reduced Sentence be filed on or before February 5, 2021.

   Mr. Perez's Reply brief was originally due on or before January 26, 2021. On January 25, 2021, the parties agreed that Mr. Perez's time to file his Reply be extended to February 1, 2021. Counsel for Mr. Perez is requesting additional time to obtain documents and information from Mr. Perez that is necessary for the defense's Reply

brief. Mr. Perez has sent documents to counsel through the U.S. Mail, however, because he is located in Texas receipt of the documents is taking longer than anticipated. The government does not oppose this request.

Accordingly, the parties jointly request that the Court amend the briefing schedule to allow the defense to file their Reply brief on or before February 5, 2021.

IT IS SO STIPULATED.

Dated: January 31, 2021

/s/ *Serita Rios*

**Serita Rios**
Attorney for Defendant

Dated: January 31, 2021

/s/ *Laura Withers*

**Laura Withers**
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.**

Dated: February 2, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE