UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-cr-00007 WBS |
| Plaintiff, | |
| v. | ORDER |
| DIEGO ALONSO LOZANO PEREZ, | |
| Defendant. | |

----oo0oo----

Defendant has filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). (Docket No. 40.)[1]

The court recognizes that defendant has a history of asthma and is housed at Beaumont Low FCI, which has had numerously inmates test positive for COVID-19, including

---

[1] Although the government disputes that defendant has exhausted his administrative remedies, after the government filed its opposition to the motion, defendant produced a copy of his request for compassionate release which he represents was submitted to his warden on November 12, 2020. (See Docket No. 60-1, 60-2.) The court assumes for the purposes of this order that defendant has in fact exhausted his administrative remedies.

1

defendant.[2]  However, defendant is only 36, and it appears that the Bureau of Prisons has been able to sufficiently treat his medical condition, notwithstanding his contention that his asthma has become more severe during his incarceration.  Moreover, defendant has made no showing that he would receive any better care outside of the Bureau of Prisons or that he would be better able to get a COVID-19 vaccination outside of federal custody than he would be in custody.

Overall, defendant has not shown that his medical conditions along with the COVID-19 pandemic qualify as extraordinary and compelling reasons for release under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13.  See United States v. Williams, No. 2:13-cr-383 TLN, 2020 WL 3402439, *2 (E.D. Cal. June 19, 2020) (defendant's confinement at FCI Lompoc and diagnosis of hypertension along with other medical history and prevalence of COVID-19, was insufficient to show extraordinary circumstances under 18 U.S.C. § 3582(c)(1)(A)).

IT IS THEREFORE ORDERED that defendant's motion for compassionate release (Docket No. 40), be, and the same hereby is, DENIED.

Dated:  February 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2]  Although defendant does not seem to think it is sufficiently important to mention in his motion, the court also notes that defendant is overweight, as discussed by the government in its opposition.

2