UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO ALONSO LOZANO PEREZ,<br><br>Defendant. | Case No.: 1:17-cr-00007 JLT SKO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION<br><br>(Doc. 62) |

Mr. Lozano Perez seeks a reduction in his sentence based upon the Amendments to the United States Sentencing Guidelines, by claiming he was a "zero-point offender." Because, in fact, Mr. Lozano Perez's criminal history placed him in a criminal history category II, the motion is **DENIED**.

**I. Analysis**

Mr. Lozano Perez plead guilty to one count of Possession with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). (Doc. 18) At the sentencing hearing, the Court determined Mr. Lozano Perez's criminal history placed him in a criminal history category II. (Doc. 33 at 2) This was due to his convictions in 2011 for reckless driving and in 2017 for a DUI. (Doc. 22 at 7-8) According to the Sentencing Table in USSG Chapter 5, Part A, this established a criminal category of II. Indeed, despite claiming an entitlement to a "zero-point

offender" adjustment, Mr. Lozano Perez admits that he had two criminal history points (Doc. 62 at 4)

Because § 4C1.1 provides for a reduction only for those with no criminal history points, Mr. Lozano Perez is not entitled to the adjustment. Likewise, the Court recognizes that Mr. Lozano Perez was not on supervision at the time that he engaged in the criminal acts at issue (Doc. 22 at 7-8), and the Court acted accordingly and did not increase his criminal score by any such "status points." *Id*. at 8. Consequently, the Amendments to the Sentencing Guidelines do not apply to Mr. Lozano Perez. As a result, his motion to reduce his sentence (Doc. 62) is **DENIED**.

IT IS SO ORDERED.

Dated:   **February 14, 2024**

UNITED STATES DISTRICT JUDGE